AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

**United States of America**

**v.**

**WEI QIANG LIN**

_Defendant_

Case No. 24-mj- 175

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about October 10, 2023, to on or about October 2, 2024, in the Western District of New York, and elsewhere, the defendant, WEI QIANG LIN:

(1) fraudulently and knowingly received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of merchandise, articles, and objects, namely turtles, prior to exportation from the United States to Hong Kong, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in that the merchandise, articles, and objects were shipped without obtaining CITES permits and without declaring the merchandise, articles, and objects to an official of the United States government upon the shipment's export from the United States, in violation of Title 50, Code of Federal Regulations, Parts 14, 17, and 23

all in violation of Title 18, United States Code, Sections 554 and 2.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Ryan Bessey, Special Agent, USFWS
_Printed name and title_

Sworn to before me and signed telephonically.

Date: <u>November 15, 2024</u>

_____
_Judge's signature_

City and State:  <u>Buffalo, New York</u>

HON. H. KENNETH SCHROEDER, JR., USMJ
_Printed name and title_

1

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Ryan Bessey, being duly sworn, depose and say:

1.      I am a Special Agent employed by the United States Fish and Wildlife Service ("USFWS"), Office of Law Enforcement, in Amherst, New York, and an "investigative or law enforcement officer" of the United States within the meaning of Section 3375 of Title 16 of the United States Code ("U.S.C.") and Federal Rule of Criminal Procedure 41(a), authorized to investigate violations of laws of the United States and execute warrants issued under the authority of the United States.   I have been employed by the USFWS as a Special Agent for approximately 14 years.  Prior to my employment as a Special Agent with the USFWS, I served as a Wildlife Inspector for the USFWS for approximately four years.  I have received specialized training and possess experience in the enforcement of federal laws, including the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, et seq. and the Lacey Act, 16 U.S.C. § 3371, et seq.  My duties also include the enforcement of regulations of the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"), an international treaty to which the United States is a signatory.  I have participated in numerous federal investigations, either as a case agent/officer or in various support roles, including investigations involving the unlawful purchase, smuggling, transport, possession, and sale of wildlife.  I have participated in the service of arrest and search warrants.

2.      I make this affidavit in support of a criminal complaint charging **WEI QIANG LIN** ("LIN"), with violations of Title 18, United States Code, Section 554 (Smuggling).

3.      The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, and upon my training and experience.   Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause to believe that LIN violated Title 18, United States Code, Sections 554 and 2.

## Background on Turtle Trafficking

4.      Since approximately 2014, the USFWS has been investigating the trafficking of protected turtles native to the United States in domestic and foreign commerce. These investigations have revealed organized international trafficking of turtles into the black market international exotic pet trade. Trafficking syndicates include poachers who illegally collect the turtles from the wild, shippers or smugglers who illegally package and mail the turtles throughout the United States and abroad, and foreign nationals who purchase the turtles and fund these illegal enterprises.

5.      Turtle and reptile enthusiasts collect North American species of box turtles due to their handsome appearance and the wide variety of unique color variations; in fact, no two box turtles have the same markings. Box turtles are highly desired in the international exotic pet trade, particularly in China and Hong Kong. The market price for North American box turtles varies greatly depending on the size, sex, condition, and markings of the animal. The eastern box turtles (*Terrapene carolina carolina*), Mexican box turtles (*Terrapene carolina*

*mexicana),* Yucatan box turtles (*Terrapene carolina yucatana*), three-toed box turtles (*Terrapene carolina triuguis),* and Gulf Coast box turtles (*Terrapene carolina major*) are species of North American box turtles (*Terrapene species*). Turtles such as these are worth on average $2,000 each in the Asian market. Individual female turtles with rare markings have been sold for more than $20,000 in Asia.

6.     Most states, including New York, tightly regulate activities involving box turtles. Purchase, sale, collection from the wild, and even possession of box turtles is generally prohibited under many states' laws. In addition, and as discussed in more detail below, North American box turtles are also internationally protected under CITES, at a minimum Appendix II level, and require permits before legal export is possible. CITES permits are administered by the USFWS' Division of Management Authority (DMA) and can only be issued if the DMA's review of the permit application and supporting documents finds the wildlife was lawfully acquired, that the export will not be detrimental to the survival of the species, and the intended method of shipment of live wildlife is done safely and humanely.

7.     In my training and experience with turtle trafficking investigations, I have learned that many turtles are illegally acquired from the wild and/or otherwise unlawfully possessed, purchased, sold, or transported. I also know that turtle trafficking tends to be seasonal in nature, following turtles' seasonal activity level. The peak of trafficking activity occurs between late spring and fall when turtles are most likely found moving in the wild. Minimal turtle trafficking activity occurs during the coldest weather months in winter, when turtles become dormant.

8.      Based on my training, experience, and research, I know the following about wildlife to include eastern box turtles (*Terrapene carolina carolina*), Mexican box turtles (*Terrapene carolina mexicana*), Yucatan box turtles (*Terrapene carolina yucatana*), three-toed box turtles (*Terrapene carolina triuguis*), Gulf Coast box turtles (*Terrapene carolina major*), ornate box turtles (*Terrapene ornata*), loggerhead musk turtles (*Sternotherus minor*) and Florida mud turtles (*Kinosternon steindachneri*), and the federal laws and regulations protecting them.

9.      Under the ESA and regulations promulgated thereof, except as otherwise provided, all wildlife must be declared to the USFWS prior to export from the United States. Furthermore, a USFWS officer must clear all wildlife to be exported from the United States prior to the physical loading of the merchandise on a vehicle or aircraft, or the containerization of such wildlife.   *See* 50 C.F.R. Parts 14.63.   Under the ESA, "commercial activity" is defined as all activities of industry and trade, including, but not limited to, the buying and selling of commodities and activities conducted for the purpose of facilitating such buying and selling.   *See* 16 U.S.C. § 1532(2).

10.      The ESA makes it unlawful for any person subject to the jurisdiction of the United States to engage in any trade in any specimens contrary to CITES.   *See* 16 U.S.C. § 1538(c)(1).   CITES is a multilateral treaty providing protection to fish, wildlife, and plants that may become imperiled due to the demands of international markets.   CITES has been signed by over 180 countries around the world, including the United States and China. CITES is implemented under the authority of the ESA and the regulations promulgated thereunder. *See* 16 U.S.C. § 1538(c); 50 C.F.R. Parts 14 and 23.   Species protected under CITES are listed

in a series of appendices (Appendices I, II, and III).

11.     Trade in North American box turtles (*Terrapene species*) has been regulated under CITES since February 1995.   All box turtle species under the genus *Terrapene* are listed at a minimum in Appendix II, which includes species that are not necessarily now threatened with extinction but that may become so unless trade is closely controlled.   Appendix II animal species listed under CITES may be exported from the United States to a foreign country only if, prior to exportation, the exporter possesses a valid export permit or re-export certificate issued by the USFWS.   Some of the *Terrapene species* of box turtles, such as the aquatic box turtle (*Terrapene coahuila*), are listed in Appendix I, which includes species that are threatened with extinction and as such, CITES prohibits any commercial trade of these species.

12.     Loggerhead musk turtles and Florida mud turtles have been regulated as Appendix II under CITES since February 23, 2023.

13.     Pursuant to 18 U.S.C. § 554, it is unlawful to fraudulently or knowingly export or send from the United States, any merchandise contrary to law or regulation of the United States, or receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise prior to exportation, knowing the same to have been intended for exportation from the United States contrary to law.

## Undercover Communication with Overseas Co-Conspirator

14.    On or about January 23, 2022, an undercover USFWS special agent ("UCA691") received a Facebook private message ("PM") inquiring about box turtles, sent to UCA691's covert Facebook profile. The message was from a Facebook profile that this investigation showed was utilized by a co-conspirator of LIN residing in China, whose identity is known to me. ("CC-1"). Investigation has revealed that CC-1 used this Facebook profile, which went by an alias, to source and buy turtles. CC-1 specifically inquired if UCA691 sold box turtles. From on or about January 23, 2022, through April 30, 2022, CC-1 and UCA691 continued to exchange Facebook PMs, during which CC-1 expressed his desire to buy between 50 and 100 box turtles from UCA691.

15.    I know through training and experience that 50 to 100 box turtles is considered a large volume of turtles that far surpasses a quantity typically seen with personal pet use and more closely aligns with quantities seen in commercial trade. Moreover, I know that in many states, box turtles are listed as either endangered, threatened, or species of special concern. Legal commercial trade in North American species of box turtles in high quantities is unlikely due to state regulations enacted protecting box turtles from unlawful collection from the wild, possession, and subsequent sale. The only state that still allows for commercial collection of wild box turtles is New Mexico. The only species of box turtle native to New Mexico is the desert box turtle (*Terrapene ornata luteola*).

16.    Review of the Facebook profile used by CC-1 revealed very little social media post activity. A profile photo was added in September 2021 and showed a Gulf Coast box turtle being held in a human hand. The profile picture was changed on September 30, 2023,

and currently shows a Florida box turtle. The profile has approximately 189 "friends," about 85 of which have an image of turtles or reptiles in their profile photos. CC-1's profile "likes" approximately 16 turtle/reptile related pages, including "Turtles and More" and "The Reptile Depot."

17.    I know through training and experience that turtle traffickers, in an effort to source turtles to buy, will utilize Facebook to identify and communicate with potential turtle sellers. Traffickers send PMs to people they've identified as being interested in turtles and offer to buy turtles from them. Sometimes, traffickers join turtle and tortoise related interest groups on social media in an effort to identify potential sellers to contact.

18.    CC-1 initially told UCA691 he was located in New York but later claimed he was in California. Facebook records show that CC-1's profile was registered on September 27, 2021, using an Internet Protocol ("IP") address based in Hong Kong. Subsequent access to the profile has been made through IP addresses based in Hong Kong. Facebook records also show one of CC-1's PayPal accounts and email addresses is registered to the Facebook profile used by CC-1.

19.    I know through training and experience that turtle traffickers will recruit middlemen to act as shippers or smugglers whose sole role is to take receipt of turtles from poachers or sellers. The shippers/smugglers will then prepare and repackage the turtles for international smuggling via international express mail. Shippers are often located near international mail hubs, such as New York City and Los Angeles.

20.    I know through training and experience that turtle traffickers will use fictitious names and information to avoid detection by law enforcement. In previous investigations,

8

subjects living in foreign countries, acting as organizers of turtle trafficking groups, have utilized social media accounts registered under fictitious names or aliases, often purporting to be located within the United States.

21.    Through Facebook PMs, CC-1 requested to buy as many female box turtles as possible and explained he intended to use the turtles for breeding. CC-1 sent multiple photos of Florida box turtles as well as turtle eggs in what appeared to be an incubator.

22.    Through Facebook PMs, CC-1 discussed the high demand for box turtles in China and Hong Kong. CC-1 wrote, "They say an adult female box turtle can sell for $2,000." CC-1 asked if UCA691 wanted to sell box turtles to China. UCA691 replied that you had to be careful with Customs. CC-1 stated he would rather keep them, breed them, and sell their babies.

23.    CC-1 sent a photo of 10 eastern box turtles in a plastic tote. In reference to the photo, CC-1 wrote, "If you ship these five pairs to Hong Kong. Alive. I should be able to get $6,000." CC-1 explained that turtles sent to Hong Kong are transported via United States Postal Service (USPS) international mail. CC-1 also stated that his Hong Kong friend would teach how to avoid detection by Customs.

**Intercepted or Identified Turtle Parcels**

24.    From August 18, 2023, through October 10, 2023, at John F. Kennedy International Airport, USFWS identified, intercepted, and documented 27 falsely labeled USPS express mail parcels that contained live box turtles. All parcels were being shipped internationally from the New York City area to Hong Kong. Of the 27 parcels, 23 were

shipped from post offices in Brooklyn, New York, and four were shipped from post offices in Queens, New York.

25.    The parcels were stopped and documented by USFWS Wildlife Inspectors at the John F. Kennedy International Airport international mail facility. USFWS wildlife inspectors documented a total of 106 box turtles, one of which was dead at the time of inspection. All the turtles were stuffed inside tightly knotted socks and folded paper toweling was used for padding. The turtles were bound within their shells with tape, and some were wrapped in diapers.

26.    I know through training and experience that turtle smugglers often use socks, diapers, and tape to conceal the presence of live turtles. The tape restricts the turtles' movement to prevent them from scratching and making noise, which may lead to their discovery by law enforcement. Socks, diapers, and paper towels also serve to absorb urine and fecal matter and prevent moisture from degrading the outside box, which may lead to detection.

27.    Of the 27 parcels, nine were seized by USFWS containing a total of 28 Mexican box turtles and six Yucatan box turtles.

28.    From August 17, 2023, through October 10, 2023, the USFWS Wildlife Intelligence Unit identified an additional 19 outbound mail parcels that matched some or all of the label and foreign consignee information seen used on known smuggled turtle parcels. These 19 parcels were unable to be stopped for inspection but were shipped on or around the same dates that other known turtle parcels were shipped.

**Undercover Sale #1**

29.     From September 6, 2023, through October 10, 2023, using the aforementioned Facebook profiles, CC-1 and UCA691 exchanged Facebook PMs discussing the sale of eight eastern box turtles for $2,000.

30.     On October 2, 2023, UCA691 sent CC-1 a picture of eight female eastern box turtles inside a plastic tote. CC-1 replied, "I'll take it."

31.     On October 5, 2023, CC-1 sent a Facebook PM advising that payment for the turtles was sent. That same day, UCA691 confirmed receipt of two PayPal payments, totaling $2,100 ($2,005.71 minus $94.29 in PayPal fees), to a PayPal account established and maintained in the Western District of New York. The payments were sent from one of CC-1's PayPal accounts.

32.     Following payment, CC-1 provided UCA691 with a specific address in Brooklyn, New York, (hereinafter the "SUBJECT PREMISES") to be used when shipping the turtles. CC-1 also provided the recipient's name as "yunF Chen" and phone number (626) XXX-2290. UCA691 agreed to provide CC-1 with the package tracking number once the turtles were shipped.

33.     This investigation has revealed that the phone number provided (626) XXX-2290 is a CellCo Partnership mobile phone line, doing business as Verizon Wireless.

34.     An open-source records check on the SUBJECT PREMISES address using TLOxp.com showed no name matching the recipient's name provided by CC-1, indicating

that the provided name was likely fictitious.

35.    On October 10, 2023, UCA691 advised CC-1 that the turtles were shipped and provided a USPS tracking number, EJ775517764US. The turtles were packed in a Wal-Mart cardboard box. Inside the box, the turtles were secured in gray "And1" brand socks using pink zip-ties.

36.    On October 11, 2023, at approximately 8:35 a.m., I initiated pre-controlled delivery surveillance on the SUBJECT PREMISES. At approximately 9:35 a.m., an Asian male, later identified through investigation as Wei Qiang LIN [hereinafter referred to as "LIN"], exited the SUBJECT PREMISES from the main door and deposited trash in a garbage can before returning inside. A few minutes later, LIN departed the SUBJECT PREMISES' main door and stood on the sidewalk in front of the SUBJECT PREMISES.

37.    While on the sidewalk, I observed LIN talking on and using two different cell phones, one in a red case that appeared to be an iPhone based on the camera lens placement, the other in a black case. From approximately 10:32 a.m. through 10:53 a.m., LIN was observed talking on the phone in the red case. At approximately 11:03 a.m., LIN was again seen talking on the phone in the red case. That call ended at about 11:05 a.m. At approximately 11:12 a.m., LIN re-entered the SUBJECT PREMISES' main door and exited at 11:18 a.m., with an apple and continued to loiter outside the SUBJECT PREMISES.

38.    In my training and experience, LIN's behaviors were consistent with someone waiting for someone or something. LIN was observed repeatedly checking his cell phones, looking towards the end of the block, where traffic was originating, and loitering in front of the subject residence for an extended period.

39.    On October 11, 2023, at approximately 1:27 p.m., a postal inspector with United States Postal Inspection Service (USPIS) performed a controlled delivery of a package that originated from the Western District of New York containing the 8 box turtles to the SUBJECT PREMISES. The postal inspector asked LIN if he was "Chen" and LIN confirmed he was and took receipt of the box. LIN took the package of turtles inside the SUBJECT PREMISES, through the main entrance door.

40.    USFWS special agents continued to surveil the SUBJECT PREMISES following the controlled delivery. At approximately 2:54 p.m., agents observed LIN exit the SUBJECT PREMISES and discard a cardboard box into the trash bins located in front of the SUBJECT PREMISES before returning inside. The discarded box was consistent with the box used to deliver the turtles.

41.    On October 11, 2023, at approximately 3:25 p.m., LIN exited the SUBJECT PREMISES and departed the area on a motor bike that was parked on the sidewalk. The surveillance team did not follow LIN.

42.    On October 11, 2023, at approximately 3:32 p.m., LIN returned to the SUBJECT PREMISES, driving a gray colored Ford Escape, bearing New York registration KTL-XXXX. [the "Subject Vehicle"].

43.    On October 11, 2023, at approximately 3:36 p.m., LIN exited the SUBJECT PREMISES, carrying two cardboard boxes. LIN put the boxes in the back hatch of the Subject Vehicle and departed the area, driving the Subject Vehicle as the sole occupant. The surveillance team followed LIN to the Rosebank Post Office, located at 567 Tompkins

Avenue, Staten Island, NY 10305. There, I observed LIN park at a supermarket across the street from the post office. LIN removed the two cardboard boxes from the back of the Subject Vehicle and entered the Rosebank Post Office. Another USFWS special agent followed LIN into the post office, on foot. While inside the post office, the agent witnessed LIN at the clerk's counter and overheard him sending the two boxes to Hong Kong.

44.     Following LIN's departure, the USPIS postal inspector intercepted the two boxes that LIN consigned for export via USPS express mail to Hong Kong, tracking numbers EH035015005US and EH035015385US. The postal inspector escorted the boxes to the International Mail Facility located at John F. Kennedy International Airport, 250 N. Boundary Road, Jamaica, NY 11430, and turned them over to your affiant and another USFWS agent for border inspection.

45.     The declared contents listed on the USPS Customs Declaration and Dispatch Note Form 2976-R on each box was "plastic animal toys" valued at $25 per box. The shipment category was marked "Gift." LIN used false shipper names and addresses on the shipping labels. Both boxes were addressed to Chan Ka Ling at Room 2809, Tin Long House, Tin Ping Estate, Sheung Shui, New Territories, Hong Kong.

46.     I know through training and experience that turtle traffickers will often divide turtles into separate packages, falsify names/addresses/labels, and ship packages from several different post offices. All these measures are employed by wildlife traffickers to avoid detection by law enforcement and to minimize the impact if a package is discovered.

47.     Inspection of the parcels revealed that each contained four live eastern box turtles, the same turtles sold and delivered to the SUBJECT PREMISES earlier that day. Each

14

turtle was bound tightly with masking tape and knotted in black socks. Paper towels were used as padding material within each box. Photographs of the two boxes and the eight box turtles are included below:

EH035015005US



EH035015385US



48.    On October 11, 2023, at approximately 7:00 p.m. I collected the cardboard box that was discarded by LIN in the garbage can in front of the SUBJECT PREMISES. I examined the contents of the box and discovered eight used pink zip-ties, eight gray "And1"

brand socks, commercial plastic wrapping for paper towels, and empty paper towel rolls.

## Continued Undercover Communication

49.     On October 11, 2023, at approximately 8:28 p.m., UCA691 received a Facebook PM from CC-1, stating in sum and substance that he was pleased with the turtles he had purchased and wished to buy more.

50.     On November 30, 2023, CC-1 sent UCA691 a Facebook PM using the Facebook profile asking, "Do you still have box turtles for sale?" UCA691 replied that the weather was too cold and inquired if CC-1 was interested in buying any other species of turtle. CC-1 replied, "I just want box turtles" and "Spotted turtle, any?"   CC-1 provided UCA691 with a photo of yearling spotted turtles. CC-1 noted that he wanted to buy 100 of them.

## Additional Parcels Identified

51.     A USFWS intelligence analyst identified an additional 11 USPS mail parcels sent between October 17, 2023, and October 26, 2023, that matched some label and address information seen used on known smuggled turtle parcels originating from LIN. These parcels could not be intercepted for X-ray or physical inspection. Using the open-source database TLOxp.com, search of property records revealed the names listed as the sender on each parcel was not in fact associated with the listed sender addresses and were thus likely fictitious.

## Undercover Sale #2

52.     On May 20, 2024, at my direction, a cooperating private individual [hereinafter "CPI-594"], a person utilized by the USFWS and located in the Northeast United States,

contacted his/her boss who went by a nickname and who is from Heyuan City, China, via WeChat. The investigation has generated evidence that CPI-594's boss and CC-1 may be the same person. At my direction, CPI-594 shared with his/her boss the Facebook profile for CPI-457, a different person utilized by the USFWS and located in the Midwest United States. At my direction, CPI-594 told his/her boss that CPI-457 was a turtle supplier.

53.     On June 3, 2024, using the same Facebook profile that arranged the turtle sale with UCA691, CC-1 contacted CPI-457 via a private message and inquired if he/she had any box turtles for sale. CC-1 provided a photo of 10 eastern box turtles that CPI-457 had previously posted to his/her Facebook profile. CC-1 stated he wanted 20 turtles and also asked if the turtles could be shipped to New York.

54.     On June 6, 2024, CC-1 and CPI-457 negotiated the sale of 10 eastern box turtles and 10 three-toed box turtles for $250 each, $5,000 total. CC-1 stated he would buy 10 to 20 turtles per week.

55.     On June 11, 2024, CPI-457 received two PayPal payments, totaling $5,250, from CC-1. CC-1 provided the shipping information for the SUBJECT PREMISES, recipient name "yunF Chen," and recipient phone number (626) XXX-2290. Due to reasons not related to this investigation, the deal with CC-1 for 20 box turtles was not completed.

56.     On June 12, 2024, CPI-457 refunded $2,000 through PayPal to CC-1. CC-1 agreed to let CPI-457 hold the remaining money ($3,000) and wait until a later date to complete a transaction for 10 box turtles.

57.     On July 1, 2024, at my direction, CPI-457 provided CC-1 with a USPS parcel

tracking number for a shipment of 10 three-toe box turtles to be delivered to the SUBJECT PREMISES the following day (the delivery of this package is described below).

**Undercover Sale #3**

58.     From November 4, 2023, through June 5, 2024, CC-1, using the same Facebook profile, periodically sent UCA691 private messages through Facebook Messenger, inquiring if UCA691 had any box turtles to sell.

59.     On June 27, 2024, UCA691 provided CC-1 with a photo of 12 eastern box turtles in a plastic tote and offered to sell them for $3,500. Later that same day, CC-1 responded and agreed to buy the turtles. CC-1 provided the shipping information for the SUBJECT PREMISES, recipient name "yunF Chen," and recipient phone number (626) XXX-2290.

60.     On July 1, 2024, UCA691 received a total of $3,660 via a PayPal account established and maintained in the Western District of New York from CC-1. CC-1 requested the tracking number once the turtles were shipped. Later that same day, UCA691 provided CC-1 with a USPS tracking number.

61.     On July 2, 2024, a USPIS postal inspector performed a controlled delivery of two USPS parcels at the SUBJECT PREMISES, one parcel from UCA691 (containing 12 eastern box turtles) which originated from the Western District of New York, and the other parcel from CPI-457 (containing 10 three-toe box turtles). The turtles were delivered to an unidentified Asian male that came to the main entrance of the building.

62.     Later that day, the surveillance team observed LIN leave the SUBJECT PREMISES without any boxes. A short time later, LIN returned driving the Subject Vehicle and re-entered the SUBJECT PREMISES. LIN exited the SUBJECT PREMISES carrying six small boxes and placed them into the Subject Vehicle. The surveillance team followed LIN and observed LIN ship the boxes to Hong Kong at three different New York City area post offices.

63.     The USPIS postal inspector intercepted the six boxes that had been shipped by LIN, two at each of the post offices visited. Each box had been consigned for export via USPS express mail to Hong Kong. The postal inspector escorted the boxes to the International Mail Facility located at John F. Kennedy International Airport and turned them over to USFWS special agents for border inspection.

64.     The declared contents listed on the USPS Customs Declaration and Dispatch Note Forms 2976-R on each parcel was "plastic animal toys." Each box was valued at $25 and was marked "Gift" under the shipment category. False shipper names and addresses were listed on the shipping labels. All six boxes were addressed to Zhi Cong Chen at Room 1516 Fuk On House, Ka Fuk Estate, Fanling, New Territories, Hong Kong.

65.     On July 2, 2024, inspection of each parcel revealed that they contained 22 box turtles total, the same number of turtles (12 eastern box turtles and 10 three-toed box turtles) delivered to the SUBJECT PREMISES earlier that day.

### Additional Intercepted and Documented Turtle Parcels

66.     From October 17, 2023, through October 2, 2024, approximately 166 USPS

parcels destined for Hong Kong have been intercepted and documented by USFWS and U.S. Customs and Border Protection at John F. Kennedy International Airport, containing approximately 608 turtles, 7 venomous snakes, and 28 lizards. All parcels were falsely labeled as containing toys. All but four of these parcels were addressed to Zhi Cong Chen at either Room 1516 Fuk On House, Ka Fuk Estate, Fanling, New Territories, Hong Kong, or at Room 3116 Ka Ming House, Ka Shing Court, Fanling, New Territories, Hong Kong. The remaining four parcels were addressed to Ka Ling Chan at Room 2809 Tin Long House, Tin Ping Estate, Sheung Shui, New Territories, Hong Kong. Both consignee names and addresses were used by LIN when attempting to ship box turtles to Hong Kong following the previous controlled deliveries to the SUBJECT PREMISES.

67.    I have visually compared the handwriting on the handwritten USPS labels with that of labels associated with known parcels mailed by LIN. The style of handwriting and the content descriptions on the labels attached to the 166 parcels appear to be a direct match to that on parcels known to be sent by LIN.

68.    Within the additional parcels, some turtles were bound within their shells with tape and some were wrapped in diapers, before being wrapped in tape. More recently, turtles had a mint smelling substance consistent with toothpaste smeared on them.

69.    I know from training and experience that wildlife traffickers, like drug traffickers, will attempt to conceal illegal wildlife by packing them alongside strong-smelling substances. The strong-smelling substance is thought to provide a cover scent that disguises the scent of the illegal commodity to avoid detection by law enforcement trained canines.

### FedEx Record Review

70.    From approximately August 16, 2023, through December 12, 2023, FedEx records reviewed showed that approximately 26 FedEx parcels were sent to the SUBJECT PREMISES, 25 of which were addressed to Yun F Chen and one was addressed to "Wei Lin." The first parcel sent, shipped on August 16, 2023, specified Unit #3F. The remaining parcels did not specify a unit number. All FedEx parcels were shipped for next day delivery using either Reptiles Express or Reptiles2You, which are third party, subscription based, live reptile domestic shipping services.

71.    A correlation between FedEx deliveries to the SUBJECT PREMISES and intercepted and/or identified smuggled USPS international mail parcels containing turtles in route to Hong Kong was identified. For approximately 18 of the 25 FedEx deliveries to the SUBJECT PREMISES, outbound USPS parcels containing turtles were shipped from the Brooklyn and Queens areas on or about the same date.

### Conclusion

72.    A query of a USFWS wildlife declaration database revealed that neither LIN, CC-1, nor CC-1's aliases have ever filed a wildlife declaration with USFWS or obtained a CITES export permit as of October 9, 2024.

73.     Based upon the foregoing, I respectfully submit that I have probable cause to believe that **WEI QIANG LIN** has violated Title 18, United States Code, Sections 554 and 2.

_____
RYAN BESSEY, Special Agent
U.S. Fish and Wildlife Service

Sworn and subscribed telephonically
this 15th day of November, 2024.

_H. Kenneth Schroeder, Jr._
_____
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge